ACCEPTED
06-15-00009-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/14/2015 10:40:22 AM
DEBBIE AUTREY
CLERK

# No. 06-15-00009-CV

## In the Court of Appeals for the

### Sixth District of Texas

#### at Texarkana

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/14/2015 10:40:22 AM
DEBBIE AUTREY
Clerk

DENNIS RAYNER and JOE TEX XPRESS, INC.,                  Appellants,

V.

KRISTA DILLON,                                                                  Appellee.

## Unopposed Second Motion to Extend Time For Filing Brief of Appellee

TO THE HONORABLE COURT OF APPEALS:

Appellee, KRISTA DILLON, files this unopposed motion requesting an extension of time to file her Brief of Appellee, and would show unto the Court the following:

### I.

This is Appellee's second request for an extension of time in which to file her brief. Appellee's brief is due to be filed on October 16, 2015.

### II.

The undersigned counsel for Appellee, due to other previously scheduled matters, has been unable to adequately review the voluminous Reporter's Record and complete research necessary to finalize Appellee's brief by the due date. Those matters include:

1. Assisting in preparation of Respondents' Brief on the Merits in <u>Petrohawk Properties, L.P. and P-H Energy, L.L.C. v. Noel Diane Jones, et al</u>, No. 15-0200 in the Supreme Court of Texas

2. Serving as court-appointed mediator in <u>Lullia Jones v. DFO, LLC and ToWIN 6656, LLC d/b/a Denny's</u>, No. 46CV-14-267-2 in the Circuit Court of Miller County, Arkansas;

3. Preparation of the Brief of Cross-Appellee ,City National Bank, in <u>City National Bank of Sulphur Springs v. John Alexander Smith</u>, No. 06-15-00013-CV in this Court;

4. Preparation of pretrial motions in <u>Brandi Williams v. Tillerd Ardean Smith, et al</u>, No. 12-0889 in the 71st Judicial District Court, Harrison County, Texas;

5. Serving as court-appointed mediator in <u>Elizabeth Asbel v. REG New Boston, LLC and Robert Taylor</u>, No. 5:14-cv-152 In the United States District Court Eastern District of Texas, Texarkana Division;

6. Assist in the preparation for and jury selection in <u>Doris Riddick v. G. Gregg Petty, DPM.</u>, No. 5:13CV-99-MHS-CMC in the United States District Court, Eastern District of Texas, Texarkana Division;

7. Preparation for and attendance at default judgment hearing in <u>Barber Construction, Inc. v. Rex Queen, Individually, and Rex Queen d/b/a Rex Electric</u>, No. 15C1004-CCL in the County Court at Law of Bowie County, Texas; and

8. Review of record and research in preparation of the brief of Appellee in <u>Michael D. Lee v. The Rogers Agency, C. Michael Rogers and New York Life Insurance Company</u>, No. 06-15-00037-CV in this Court.

III.

Therefore, Appellee would request an extension of thirty (30) days in which to file her brief. The requested extension should not in the ordinary course of

procedure in this court delay oral argument and submission and is not requested for delay but that justice be served.

WHEREFORE, PREMISES CONSIDERED, Appellee, KRISTA DILLON, prays that the time for filing her appellate brief be extended thirty (30) days until November 15, 2015.

Respectfully submitted,


/s/ *John R. Mercy*
John R.  Mercy
Texas State Bar No. 13947200
MERCY ✶ CARTER ✶ TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, TX  75503
Telephone:  (903) 794-9419
Facsimile:   (903) 794-1268
E-mail: jmercy@texarkanalawyers.com


Brent Goudarzi
Texas State Bar No. 00798218
GOUDARZI & YOUNG
P.O. Box 910
Gilmer, TX 75644
Telephone:   (903) 843-2544
Facsimile:     (903) 843-2026
Email: brent@goudarzi-young.com

ATTORNEYS FOR APPELLEE

## CERTIFICATE OF CONFERENCE

I have contacted Samuel V. Houston, III, Attorney for Appellants, regarding the relief sought by this motion and he has no objection to the motion.

/s/ *John R. Mercy*
John R.  Mercy


## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2015, a true and correct copy of the foregoing *Unopposed Second Motion to Extend Time for Filing Brief of Appellee* was served on all counsel of record for Appellants  by the Electronic Service Provider as follows:

Mr. Samuel V. Houston, III
HOUSTON DUNN, PLLC
4040 Broadway, Suite 440
San Antonio, TX 78209
Email: sam@hdappeals.com

Mr. Bryan P. Reese
FEE, SMITH, SHARP & VITULLO, L.L.P.
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, TX 75240
Email: breese@feesmith.com

Ms. Jennifer M. Lee
FEE, SMITH, SHARP & VITULLO, L.L.P.
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, TX 75240
Email: jlee@feesmith.com

/s/  John R. Mercy
John R.  Mercy